JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HAO ANH LUONG,<br><br>    Plaintiff(s),<br><br>  v.<br><br>D. MARIN et al.,<br><br>    Defendants. | Case No. 5:26-cv-01496-SB-PD<br><br><br>FINAL JUDGMENT |

For the reasons stated in the separate order granting the habeas petition in part, it is ordered that the petition is granted to the extent Petitioner seeks a bond hearing.  The habeas petition is otherwise dismissed as moot.

This is a final judgment.

Date: June 29, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge